■ MARY M. PODHORECKI et al., Appellants, v LAUER'S FURNITURE STORES, INC., Respondent. (Appeal No. 2.)—Order unanimously reversed on the law with costs and motion granted in accordance with same Memorandum as in *Podhorecki v Lauer's Furniture Stores* (184 AD2d 1066 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Curran, J.—Settle Record.) Present—Boomer, J. P., Balio, Lawton, Fallon and Doerr, JJ.